Board of Education of the City of Chicago, appellee, v. Prairie Garage, Inc. et al., defendants. Prairie Garage, Inc., appellant. Gen. No. 38,717.

Opinion filed June 8, 1937.

Pines, Stein and Beber, for appellant; Alvin E. Stein and David E. Beber, of counsel. Richard S. Folsom, for appellee; Frank S. Righeimer, Ralph W. Condee and Frank R. Schneberger, of counsel.

Mr. Justice Friend delivered the opinion of the court.